**MORGAN, LEWIS & BOCKIUS LLP**
Amy M. Spicer (SBN 188399)
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel: 415.442.1000
Fax: 415.963.1001
E-mail:   aspicer@morganlewis.com

**MORGAN, LEWIS & BOCKIUS LLP**
JOSEPH  DUFFY (SBN 241854)
JOSEPH BIAS (SBN 257127)
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:         213.612.2500
Fax:         213.612.2501
Email:    jduffy@morganlewis.com
             jbias@morganlewis.com

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.
SUCCESSOR BY MERGER TO CHASE
HOME FINANCE, LLC, and FEDERAL
NATIONAL MORTGAGE ASSOCIATION

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JAMES MAMOLA and LAURIE MAMOLA,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., SUCCESSOR BY MERGER TO CHASE HOME FINANCE, LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION; QUALITY LOAN SERVICE CORPORATION, and Does 1-100,<br><br>Defendants. | Case No.<br><br>**DEFENDANT JPMORGAN CHASE BANK, N.A.'S AND FEDERAL NATIONAL MORTGAGE ASSOCIATION'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF REMOVAL**<br><br>[DIVERSITY JURISDICTION 28 U.S.C. § 1332]<br><br>Date of Filing:   August 29, 2014<br>Trial Date:         Not yet set<br><br>(Removed from the Superior Court of the State of California, County of Sacramento, Case No. 34-2014-00168387) |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 25473373.1

NOTICE OF MOTION AND MOTION TO
DISMISS 5:14-CV-00859-ODW-JCG

**TO PLAINTIFF AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on November 14, 2014, Defendants JPMorgan Chase Bank, N.A. ("JPMC") and Federal National Mortgage Association ("Fannie Mae") will and hereby do request that the Court take judicial notice of the document attached hereto as Exhibit A pursuant to the provisions of Federal Rule of Evidence 201:

>  Exhibit A:   A Trustee's Deed Upon Sale recorded on September 28, 2012 in the Sacramento County Recorder's office in book number 20120928 page 0019, a copy of which is attached hereto as Exhibit A.

JPMC and Fannie Mae make this request based on the attached Memorandum of Points and Authorities, all pleadings and records on file in this action, and such briefing, papers and argument as may be permitted in this matter.

Dated: November 14, 2014                **MORGAN, LEWIS & BOCKIUS LLP**

By: /s/ Amy M. Spicer
Amy M. Spicer
Attorneys for Defendant
JPMorgan Chase Bank, National Association

# MEMORANDUM OF POINTS AND AUTHORITIES

Defendant JPMorgan Chase Bank, N.A. ("JPMC") request that the Court take judicial notice, pursuant to Federal Rules of Evidence Rule 201, of the following document in consideration of Defendants' concurrently-filed Notice of Removal of the Complaint of Plaintiffs James Mamola and Laurie Mamola ("Plaintiffs").

Exhibit A:  A Trustee's Deed Upon Sale recorded on September 28, 2012 in the Sacramento County Recorder's office in book number 20120928 page 0019, a copy of which is attached hereto as Exhibit A.

Federal Rule of Evidence 201 allows a court to take judicial notice of facts that are "not subject to reasonable dispute in that [they are] … capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b).  Additionally, a court may take judicial notice of "'matters of public record' without converting a motion to dismiss into a motion for summary judgment." *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001).  The Court may take judicial notice of Exhibit A because it is a public property record that is not subject to reasonable dispute and capable of accurate and ready determination. *See Costantini v. Wachovia Mortgage FSB*, No. 2:09CV0406-MCE-DAD, 2009 WL 1810122, at *1 (E.D. Cal. June 24, 2009) (taking judicial notice of real property records); *Stamas v. Cnty. of Madera*, No. CVF090753LJOSMS, 2010 WL 2556560, at *3 (E.D. Cal. June 21, 2010) ("Courts may take judicial notice of public records") (citing *Cachil Dehe Band of Wintun Indians of Colusa Indian Community v. State of Calif.,* 536 F.3d 1034, 1039–1040 & fn. 4 (9th Cir. 2008)).

For these reasons, JPMC respectfully requests that the Court take judicial notice of the attached Exhibit A.

| | | |
|---|---|---|
| 1 | Dated: November 14, 2014 | **MORGAN, LEWIS & BOCKIUS LLP** |
| 2 | | |
| 3 | | By: /s/ Amy M. Spicer |
| 4 | |     Amy M. Spicer<br>    Attorneys for Defendant |
| 5 | |     JPMorgan Chase Bank, National<br>    Association |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 25473373.1

2          REQUEST FOR JUDICIAL NOTICE

# EXHIBIT A

Sacramento County Recorder
Craig A. Kramer, Clerk/Recorder
BOOK **20120928** PAGE **0019**

Check Number  6386
Friday, SEP 28, 2012  8:15:57 AM
Ttl Pd     $21.00     Rcpt # 0007466031

REB/51/1-2

Recording requested by:

When recorded mail to:

JP Morgan Chase Bank, N.A.
800 Brooksedge Boulevard
Westerville, OH 43081

Forward tax statements to the address given above

TS No.: CA-10-347104-RM
Order No.: 4394184
APN No.: 030-0071-003-0000

Space above this line for recorders use

# Trustee's Deed Upon Sale

Transfer Tax:

The undersigned grantor declares:
The grantee herein **IS** the foreclosing beneficiary.
The amount of the unpaid debt together with costs was:     $391,939.75
The amount paid by the grantee at the trustee sale was:     $391,939.75
The documentary transfer tax is:                            None
Said property is in the City of: **SACRAMENTO**, County of **SACRAMENTO**

**QUALITY LOAN SERVICE CORPORATION**, as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby **GRANT** and **CONVEY** to

**Federal National Mortgage Association**

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of **SACRAMENTO**, State of California, described as follows:

**LOT 12, AS SHOWN ON THE MAP ENTITLED, "GREENHAVEN UNIT NO. 1", RECORDED JULY 28, 1961, IN BOOK 66 OF MAPS, PAGE 13.**

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by **JAMES P. MAMOLA AND LAURIE A. MAMOLA, HUSBAND AND WIFE**, as trustor, dated 4/12/2007, and recorded on 4/17/2007 as instrument number **XXX in Book 20070417 Page 1953** of Official Records in the office of the Recorder of **SACRAMENTO**, California, under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed trustee, default having occurred under the Deed of Trust pursuant to the Notice of Breach and Election to Sell under the Deed of Trust recorded on 3/5/2010, instrument no **BK20100305PG1204**, Book , Page , of Official records. Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within

ten/thirty days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b

Default occurred as set forth in a Notice of Breach and Election to Sell which was recorded in the office of the Recorder of said County.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Breach and Election to Sell or the personal delivery of the copy of the Notice of Breach and Election to Sell and the posting and publication of copies of the Notice of Sale have been complied with.

Said property was sold by said Trustee at public auction on **9/21/2012** at the place named in the Notice of Sale, in the County of **SACRAMENTO,** California, in which the property is situated.  Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefore to said trustee the amount being **$391,939.75** in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

Date:  

SEP 26 2012

**QUALITY LOAN SERVICE CORPORATION**

By: Karla Sanchez, Assistant Secretary

State of: **California**)
County of: **San Diego**)

On 9.26.12 before me, Michele A. Kittinger a notary public, personally appeared **Karla Sanchez**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under *PENALTY OF PERJURY* under the laws of the State of **California** that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

MICHELE A. KITTINGER
COMM. #1850324
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
MAY 22, 2013

THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.